## First Department, June, 1964*

### (June 4, 1964)

■ CHASE MANHATTAN BANK v. NISSHO PACIFIC CORPORATION et al.— Motion granted only to the extent of amending the designation of the parties to this action so that  Chase Manhattan Bank is designated plaintiff-appellant-respondent, The Nissho Pacific Corporation is designated defendant-appellant-respondent and Iino Kaiun Kaisha, Ltd. is designated defendant-appellant-respondent. In all other respects the motion is denied, without prejudice, however, to defendant-appellant-respondent Iino Kaiun Kaisha, Ltd.'s right to include in its appendix " such additional parts of the record as are necessary to consider the questions involved." (CPLR 5528, subd. [b].) Concur — Botein, P. J., McNally, Eager, Steuer and Staley, JJ.

## Third Department, March, 1963**

### (March 13, 1963)

■ In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. ROSE SELBY et al., Appellants; CHEMICAL BANK NEW YORK TRUST COMPANY, as Temporary Administrator, et al., Respondents.— Orders affirmed, with costs to all parties filing briefs payable from the estate. No opinion. Bergan, P. J., Herlihy and Reynolds, JJ., concur; Taylor, J., not voting.

## Third Department, August, 1964

### (August 4, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL JOHN PHILLIPS, Appellant.— Upon the consent of the respondent, order denying, without a hearing, a motion in the nature of a writ of error *coram nobis* reversed, on the law and the facts, and matter remitted to the County Court for hearing and determination. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

---

* Not published with other decisions of June 4, 1964, 21 A D 2d 757.— [REP.
** Not published with other decisions of March 13, 1963, 18 A D 2d 1032.— [REP.